UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORTHOPEDIC DEVELOPMENT
CORPORATION, et al.,

    Plaintiffs and
    Counterclaim Defendants,

                                CASE NO. 8:08-cv-262-T-30-TGW

v.

NUTECH MEDICAL, INC., et al.,

    Defendants and
    Counterclaim Plaintiffs.
_____/

**JOINT NOTICE OF TENTATIVE SETTLEMENT AND
MOTION TO EXTEND CASE MANAGEMENT DEADLINES
WITH INCORPORATED MEMORANDUM OF LAW**

Plaintiffs and Counterclaim Defendants ORTHOPEDIC DEVELOPMENT CORPORATION and MINSURG CORPORATION (the **"Plaintiffs"**), along with Defendants/Counterclaim Plaintiffs NUTECH MEDICAL, INC., NUFIX, INC., KENNETH HORTON and TODD GILBERT (the **"Defendants"**), notify the Court of the tentative settlement of the above-styled action and file this joint motion requesting a brief extension of the case management deadlines set forth in the *Case Management & Scheduling Order* entered by the Court on March 10, 2008, (Doc. #16) (the

"**Scheduling Order**"). An extension is necessary to allow the parties time to prepare a definitive written settlement agreement. In the unlikely event the parties fail to do so, the parties require additional time to conduct discovery and adequately prepare for trial.

## MEMORANDUM OF LAW

The district court has wide discretion in determining whether to grant an extension of time for discovery. See Taylor v. Foremost McKesson, Inc., 656 F.2d 1029, 1033 (5th Cir. 1981); American Key Corp. v. Cole National Corp., 762 F.2d 1569, 1576 (11th Cir. 1985) ("a district court 'has broad discretion in all discovery matters'"). In this case, extension of the discovery deadlines would not only allow sufficient time for the parties to prepare and execute definitive written settlement documents, but if the parties fail to do so, the requested extensions will allow the parties reasonable time to complete discovery and prepare for trial.

Plaintiffs filed this action on February 7, 2008. All Defendants were served by February 25, 2008. Counterclaim Plaintiffs filed their Counterclaim on March 2, 2008. The parties filed a *Case Management Report* and the Court entered a *Case Management & Scheduling Order* on March 10, 2008 (the "**Scheduling Order**"). The Scheduling Order

established a fact discovery deadline of November 24, 2008, plaintiffs' expert disclosure deadline of December 8, 2008, Defendants' expert disclosure deadline of January 2, 2009, expert discovery deadline of February 2, 2009, and dispositive motion deadline of March 2, 2009. The Scheduling Order further set the pre-trial conference for June 3, 2009, and set the case for non-jury trial during the July 6, 2009 trial term.[1]

Mediation was held on September 19, 2008, and October 21, 2008, and resulted in the parties reaching a tentative settlement agreement. Final settlement appears likely imminent as the parties are preparing settlement documents. In light of the upcoming deadlines, the parties request a brief extension of the case management deadlines set forth in the Scheduling Order in order to allow them sufficient time to prepare definitive written settlement documents.

The requested extensions will also allow the parties to complete discovery and prepare for trial in the unlikely event that the parties fail to execute definitive settlement documents. While the parties have exchanged and responded to initial written discovery requests, additional written discovery remains outstanding, which needs to be completed before

---

[1] Plaintiffs demand for jury trial was filed on March 19, 2008, after entry of the Case Management and Scheduling Order on March 10, 2008.

depositions can be taken. The parties have been engaged in lengthy and extensive settlement discussions and mutually agreed to postpone additional discovery pending mediation. In addition, the upcoming holiday season will likely add to delays in proceeding with discovery.

The parties agree that extension of the discovery deadlines in this case is necessary to allow the parties time to prepare and execute definitive settlement documents, or in the alternative, to conduct sufficient discovery and adequately prepare for trial.

WHEREFORE, the parties request that the Court modify the Scheduling Order and extend the existing discovery deadlines, pre-trial conference and trial dates at least 90 days from the dates set forth in the Scheduling Order, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

| HOLLAND & KNIGHT LLP | KNOPIK VARNER MOORE |
|---|---|
| /s/ Bradford D. Kimbro | /s/ Joseph H. Varner, III |
| Bradford D. Kimbro | Joseph H. Varner, III |
| Florida Bar No. 908002 | Florida Bar No. 394904 |
| brad.kimbro@hklaw.com | jvarner@kvmlaw.com |
| Michael L. Chapman | One Harbour Place, Suite 800 |
| Florida Bar No. 843555 | 777 S. Harbour Island Blvd. |
| michael.chapman@hklaw.com | Tampa, FL 33602 |
| Justin L. Dees | (813) 221-3131 |
| Florida Bar No. 48033 | (813) 221-3199 fax |
| justin.dees@hklaw.com | |

4

| | |
|---|---|
| P.O. Box 1288<br>Tampa, FL 33601-1288<br>(813) 227-8500<br>(813) 229-0134 (fax)<br>-and-<br>SHEPPARD MULLIN RICHTER<br>& HAMPTON LLP<br>Don J. Pelto<br>DPelto@sheppardmullin.com<br>1300 I Street NW, 11th Floor East<br>Washington, DC 20005<br>(202) 218-0000<br>(202) 218-0020 fax<br>Attorneys for Plaintiffs/<br>Counterclaim Defendants<br>Date: October 31, 2008 | -and-<br><br>BURR & FORMAN<br>Howard P. Walthall, Jr.<br>James A. Hoover<br>Briana M. Montminy<br>3400 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>(205) 251-3000<br>(205) 458-5100<br><br>Attorneys for Defendants/<br>Counterclaim Plaintiffs<br><br>Date: October 31, 2008 |

# 5760116_v1